# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| DIEGO VENEGAS, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:16-cv-377 |
| WRIGHT STATE UNIVERSITY, et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: JUDGMENT IN FAVOR OF DEFENDANTS WRIGHT STATE UNIVERSITY AND CHRIS TAYLOR AND AGAINST PLAINTIFFS ON CLAIMS ONE THROUGH FIVE; CLAIM SIX IS DISMISSED WITHOUT PREJUDICE TO REFILING IN A STATE COURT OF COMPETENT JURISDICTION .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Dismiss

Date: 11/29/17

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*